1124

No. 79, Orig. OKLAHOMA v. ARKANSAS. It is ordered that the Honorable William H. Becker, Senior Judge of the United States District Court for the Western District of Missouri, be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses. The allowances to him, the compensation paid to his technical, stenographic and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have same effect as if originally made by the Court.

[For earlier order herein, see *ante*, p. 812.]

No. D–140. IN RE DISBARMENT OF RAY. Disbarment entered. [For earlier order herein, see *ante*, p. 906.]

No. D–156. IN RE DISBARMENT OF FALK. It is ordered that Eugene A. Falk, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 77–983. WASHINGTON ET AL. v. WASHINGTON STATE COMMERCIAL PASSENGER FISHING VESSEL ASSN. ET AL.; and WASHINGTON ET AL. v. PUGET SOUND GILLNETTERS ASSN. ET AL. Sup. Ct. Wash.;

No. 78–119. WASHINGTON ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir.; and

No. 78–139. PUGET SOUND GILLNETTERS ASSN. ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON (UNITED STATES ET AL., REAL PARTIES IN INTEREST). [Certiorari granted, *ante,* p. 909.] Motion of Pacific Seafood Processors Assn. for leave to file a brief as *amicus curiae* granted.

No. 77–1511. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* ELLIOTT ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 816.] Motion of respondents to dismiss or remand denied.

No. 78–6. MOORE ET AL. *v.* SIMS ET UX. D. C. S. D. TEX. [Probable jurisdiction noted, *ante,* p. 925.] Motion of John Quincy Carter for leave to present oral argument *pro hac vice* denied. Motion of appellees for divided argument denied.

No. 78–17. UNITED GAS PIPE LINE CO. *v.* McCOMBS ET AL.; and

No. 78–249. FEDERAL ENERGY REGULATORY COMMISSION *v.* McCOMBS ET AL. C. A. 10th Cir. [Certiorari granted, *ante,* p. 892.] Motion of petitioners for divided argument granted. MR. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 78–160. WILSON ET AL. *v.* OMAHA INDIAN TRIBE ET AL.; and

No. 78–161. IOWA ET AL. *v.* OMAHA INDIAN TRIBE ET AL. C. A. 8th Cir. [Certiorari granted, *ante,* p. 963.] Motions of parties for additional time for oral argument and for divided argument granted, and a total of one and one-half hours allotted for that purpose to be divided as follows: 45 minutes for petitioners, 25 minutes for the United States, and 20 minutes for the Omaha Indian Tribe. Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.